UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTOR HERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09CV1357 HEA |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant, ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Mary Ann L. Medler, that the relief sought by Plaintiff in his Complaint be denied and therefore that the decision of the Commissioner be affirmed. Neither of the parties have filed objections to the Report and Recommendation within the prescribed time period.

Judge Medler's Report and Recommendation contains a very thorough analysis of the issues presented, the applicable law and the facts underlying Petitioner's claim. Therefore, after careful consideration, the Court will adopt and sustain Judge Medler's Report and Recommendation dated June 21, 2010.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is affirmed and the relief requested in Plaintiff's Complaint is denied.

A separate judgment in accordance with this Opinion, Memorandum

and Order is entered this same date.

Dated this 15th day of July, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE